[No. 21160–9–I.  Division One.  January 17, 1989.]

PETER DiCAPUA, *Respondent,* v. JEFFREY L. JACOBS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–04743–3, Mary Wicks Brucker, J.,
entered October 6, 1987. *Reversed* by unpublished opinion

per Swanson, J., concurred in by Coleman, C.J., and Pekelis, J.